1  Farschad Farzan (Bar No. 215194)
   FFarzan@perkinscoie.com
2  Jonmi N. Koo (Bar No. 233136)
   JKoo@perkinscoie.com
3  PERKINS COIE LLP
   Four Embarcadero Center, Suite 2400
4  San Francisco, CA  94111-4131
   Telephone:  415.344.7000
5  Facsimile:  415.344.7050

6  Attorneys for Defendant
   STARBUCKS CORPORATION
7
   Deborah C. England (Bar No. 122424)
8  dcengland@earthlink.net
   LAW OFFICES OF DEBORAH C. ENGLAND
9  351 California Street, Suite 700
   San Francisco, CA  94104
10 Telephone:  415.434.9800
   Facsimile:  415.434.9230
11
   Attorneys for Plaintiff
12 ASHLEY WILLIAMS

13

14                     UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA
                           SAN FRANCISCO DIVISION
16

17 ASHLEY WILLIAMS,
                                              Case No. CV 10-3309 MEJ
18                 Plaintiff,
                                              **STIPULATION AND [PROPOSED]**
19         v.                                 **ORDER TO CONTINUE DISCOVERY**
                                              **AND ADR DEADLINES**
20 STARBUCKS CORPORATION;
   CORPORATE DOES 1–0l, and INDIVIDUAL
21 DOES 21–40, inclusive,

22                 Defendants.

23

24

25

26

27

28

STIPULATION AND ORDER TO CONTINUE DISCOVERY AND ADR DEADLINES
Case No. CV 10-3309 MEJ

1     **WHEREAS**, the parties filed a Stipulation and [Proposed] Order Selecting ADR Process

2 on October 14, 2010, setting March 31, 2011 as their anticipated ADR completion date;

3     **WHEREAS**, the Court issued a Case Management Order on November 1, 2010, setting

4 forth the following discovery deadlines:

5     Disclosure of Expert Witness: May 6, 2011

6     Disclosure of Rebuttal Expert Witness: May 16, 2011

7     Close of Discovery: May 31, 2011

8     **WHEREAS**, the above-captioned matter involves a substantial number of witnesses and

9 the parties have been diligently engaging in discovery;

10     **WHEREAS**, the parties are currently meeting and conferring on selecting a mediator;

11     **WHEREAS**, the parties believe that it would be beneficial to extend the above discovery

12 and ADR deadlines while they engage in mediation/settlement discussions;

13     **WHEREAS**, the parties believe that good cause exists for a short continuance of the

14 discovery and ADR deadlines;

15     **THEREFORE**, it is hereby stipulated and agreed by and between the parties, through

16 their counsel of record, that the discovery and ADR deadlines be extended as follows:

17     Disclosure of Expert Witness: June 1, 2011

18     Disclosure of Rebuttal Expert Witness: June 15, 2011

19     ADR Deadline: June 30, 2011

20     Close of Fact Discovery: June 17, 2011

21     Close of Expert Discovery: July 1, 2011.

23 DATED: April 25, 2011     **PERKINS COIE LLP**

By: _____/s/ Jonmi N. Koo_____
    Jonmi N. Koo

Attorneys for Defendant
STARBUCKS CORPORATION

- 2 -
STIPULATION AND ORDER TO CONTINUE DISCOVERY AND ADR DEADLINES
Case No. CV 10-3309 MEJ

DATED: April 25, 2011                **LAW OFFICES OF DEBORAH C. ENGLAND**

By: _____/s/ Deborah C. England_____
        Deborah C. England

Attorney for Plaintiff
ASHLEY WILLIAMS

WITH GOOD CAUSE APPEARING, IT IS SO ORDERED.

DATED: ___April 26, 2011___          _____

                                     The Honorable Maria Elena James

                                     UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER TO CONTINUE DISCOVERY AND ADR DEADLINES
Case No. CV 10-3309 MEJ

ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Jonmi Koo, attest that I obtained the concurrence of Deborah C. England, in filing this document.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 25th day of April, 2011, at San Francisco, California.

/s/ Jonmi N. Koo<br>Jonmi Koo

18177-0202/LEGAL20718398.1