DEBORAH C. ENGLAND, ESQ. (SBN: 122424)
Attorney At Law
351 California Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 434-9800
Facsimile: (415) 434-9230

Attorney for Plaintiff
ASHLEY WILLIAMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASHLEY WILLIAMS, | ) Case No. CV-10-3309 MEJ |
| | ) |
| Plaintiff, | ) **STIPULATION AND [PROPOSED]** |
| | ) **ORDER TO CONTINUE EXPERT** |
| v. | ) **WITNESS DISCLOSURE AND** |
| | ) **DISCOVERY DEADLINES** |
| STARBUCKS CORPORATION; | ) |
| CORPORATE DOES 1 - 20; and | ) |
| INDIVIDUAL DOES 21 - 40, inclusive, | ) |
| | ) |
| Defendants. | ) |

**WHEREAS**, the Court signed a Stipulated Order to Continue Discovery and ADR Deadlines on April 26, 2011, setting forth, *inter alia*, the following discovery deadlines:

Disclosure of Expert Witness: June 1, 2011;

Disclosure of Rebuttal Expert Witness: June 15, 2011;

Close of Expert Discovery: July 1, 2011;

**WHEREAS**, the parties are currently meeting and conferring on selecting a mediator;

**WHEREAS**, the parties believe that it would be beneficial to extend the above expert witness disclosure and discovery deadlines while they engage in mediation/settlement

1

1  discussions;

2  **WHEREAS,** this continuance will not affect trial preparation or other deadlines or dates
3  in this action;

4  **WHEREAS**, the parties believe that good cause exists for this continuance of the expert
5  witness disclosure and discovery deadlines;

6  **THEREFORE**, it is hereby stipulated and agreed by and between the parties, through
7  their counsel of record, that the expert witness disclosure and discovery deadlines be extended as
8  follows:

9  Disclosure of Expert Witnesses: August 12, 2011

10  Disclosure of Rebuttal Expert Witness:  August 22, 2011

11  Close of Expert Discovery:  September 5, 2011.

13  DATED:  June 1, 2011                    **PERKINS COIE LLP**

15                                          By: */s/ Jonmi Koo*
                                                Jonmi N. Koo

16                                          Attorneys for Defendant
17                                          STARBUCKS CORPORATION

18  DATED:  June 1, 2011                    **LAW OFFICES OF DEBORAH C. ENGLAND**

20                                          By: */s/ Deborah C. England*
                                                Deborah C. England

21                                          Attorney for Plaintiff
22                                          ASHLEY WILLIAMS

23  WITH GOOD CAUSE APPEARING, IT IS SO ORDERED.

25  DATED:  June 1, 2011                    _____
26                                          The Honorable Maria Elena James
                                            UNITED STATES MAGISTRATE JUDGE

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Deborah C. England, attest that I obtained the concurrence of Jonmi Koo, in filing this document.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.  Executed this  1st day of June, 2011, at San Francisco, California.


                    */s/ Deborah C. England*
                    Deborah C. England