1  DEBORAH C. ENGLAND, ESQ. (SBN: 122424)
   Attorney At Law
2  351 California Street, Suite 700
   San Francisco, CA  94104
3  Telephone: (415) 434-9800
   Facsimile:  (415) 434-9230
4
   Attorney for Plaintiff
5  ASHLEY WILLIAMS

6  FARSCHAD FARZAN (Bar No. 215194)
   FFarzan@perkinscoie.com
7  JONMI N. KOO (Bar No. 233136)
   JKoo@perkinscoie.com
8  PERKINS COIE LLP
   Four Embarcadero Center, Suite 2400
9  San Francisco, CA  94111-4131
   Telephone:  415.344.7000
10 Facsimile:  415.344.7050

11 Attorneys for Defendant
   STARBUCKS CORPORATION
12

13

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                       SAN FRANCISCO DIVISION

| | |
|---|---|
| ASHLEY WILLIAMS, | ) Case No. CV-10-3309 MEJ |
| | ) |
| Plaintiff, | ) **STIPULATION OF DISMISSAL WITH** |
| | ) **PREJUDICE AND [PROPOSED] ORDER** |
| v. | ) |
| STARBUCKS CORPORATION; | ) |
| CORPORATE DOES 1 - 20; and | ) |
| INDIVIDUAL DOES 21 - 40, inclusive, | ) |
| | ) |
| Defendants. | ) |

STIPULATION OF DISMISSAL WITH PREJUDICE
CASE NO. CV-10-3309 MEJ
18177-0202/LEGAL21600933.2

1    IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff
2 Ashley Williams and counsel for Defendant Starbucks Corporation, that pursuant to Federal Rule
3 of Civil Procedure 41(a)(1), the above captioned action be and hereby is dismissed with prejudice
4 in its entirety as to all claims and with respect to all parties, with each party to bear its or her own
5 costs and attorneys' fees.
6    IT IS SO STIPULATED.

7 DATED:  August 23, 2011            **PERKINS COIE LLP**

8
                                     By: */s/ Jonmi Koo*
9                                        Jonmi N. Koo

10                                   Attorneys for Defendant
                                     STARBUCKS CORPORATION
11

12 DATED:  August 23, 2011            **LAW OFFICES OF DEBORAH C. ENGLAND**

13
                                     By: */s/ Deborah C. England*
14                                       Deborah C. England

15                                   Attorney for Plaintiff
                                     ASHLEY WILLIAMS
16

17

18 **IT IS SO ORDERED**.

19

20 **DATED:**  August 23, 2011         _____
                                     The Honorable Maria Elena James
21                                   UNITED STATES MAGISTRATE JUDGE

2

STIPULATION OF DISMISSAL WITH PREJUDICE
CASE NO. CV-10-3309 MEJ

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Jonmi N. Koo, attest that I obtained the concurrence of Deborah C. England, in filing this document.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 23rd day of August, 2011, at San Francisco, California.

                                        */s/ Jonmi N. Koo*
                                        Jonmi N. Koo

STIPULATION OF DISMISSAL WITH PREJUDICE
CASE NO. CV-10-3309 MEJ